UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

    Plaintiff,

v.

DONNA SMITH, SCOTT RUSSELL, ERIC WIET, MARTIN, SCOTT ROBERTS, NICOLE BUCKINGHAM, NEIL THOMPSON, BARBARA HUTCHINSON, PATRICIA PATERSON, DEAN MASON, EDWARD WOODS, STEVEN DEMARS,

    Defendants.

CASE NO. 3:15-CV-05439-RJB-JRC

ORDER TO FILE PROPER IN FORMA PAUPERIS FORM OR TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED

    This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    On June 26, 2015 plaintiff filed his Motion to Proceed *In Forma Pauperis* (Dkt. 1). On the same date, the Clerk's Office sent plaintiff a deficiency letter informing him of the defects in his *in forma pauperis* application (Dkt. 4). On July 15, 2015, plaintiff filed a second application to proceed *in forma pauperis*. *See* Dkt. entry dated July 15, 2015. However, plaintiff still has not

corrected the defects in his application and he has not submitted the proper *in forma pauperis* form. *See generally* Dkt. 4; Dkt. entry dated July 15, 2015.

The undersigned will not consider plaintiff's application to proceed *in forma pauperis* without the proper form. The Court hereby orders plaintiff to file the proper *in forma pauperis* form by September 6, 2015 or show cause why he cannot provide the form. If plaintiff does not respond to this order the undersigned will recommend denial of the application to proceed *in forma paperis*.

The Clerk shall send a copy of this order to plaintiff.

Dated this 7th day of August, 2015.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE PROPER IN FORMA PAUPERIS
FORM OR TO SHOW CAUSE WHY THIS
MATTER SHOULD NOT BE DISMISSED - 2