UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

               Plaintiff,

    v.

DONNA SMITH, et al.,

               Defendant.

CASE NO. 3:15-CV-05439 RJB-JRC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, does hereby find and **ORDER:**

    (1)     The Court adopts the Report and Recommendation.

    (2)     This matter is dismissed without prejudice.

    **DATED** this 19th day of October, 2015.

ROBERT J. BRYAN
United States District Judge

ORDER - 1